**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MARK HOUT,

              Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC;
AND CLARITY SERVICES, INC.,

              Defendants.

Case No. 2:25-cv-01802-JCM-NJK

**ORDER GRANTING**
**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S TO FILE ANSWER**

**FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Equifax's time to answer, move or otherwise respond to the Complaint in this action is extended from October 30, 2025 through and including **November 28, 2025**. The request was made by Equifax so that it can have an opportunity to collect and review its

///

///

///

///

internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: October 31, 2025

- 2 -